UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CARDINAL MARINE, LLC,

                      Plaintiff,

           -against-

CORBETT AGGREGATES COMPANIES, LLC,
a/k/a CORBETT AGGREGATE COMPANY, LLC,

                  Defendant.

------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___1/8/2026___ |

24-CV-09815 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 19, 2024, Plaintiff initiated the instant action seeking the issuance of a process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), *see* Compl., Dkt. 1;

WHEREAS on December 20, 2024, the Court ordered that the Clerk of Court issue process of attachment and garnishment pursuant to Supplemental Rule B in the amount of $20,539,939.30 against Defendant, *see* Dkt. 9; and

WHEREAS on December 20, 2024, the Court issued a writ of attachment requiring that the United States Marshal (or designated process server) cite and admonish Defendant, if found in the Southern District of New York (the "District"), to appear before the Court or, if it cannot be found in the District, to attach and restrain all tangible and intangible property of Defendant in the District to the amount of $20,539,939.30, or otherwise notify Defendant that an attachment has been commenced against it, *see* Dkt. 10;

IT IS HEREBY ORDERED that, not later than **Friday, February 6, 2026**, Plaintiff must submit a letter via ECF, not to exceed **three (3) pages**, updating the Court on the status of this

case and any related actions initiated by Plaintiff against Defendant in the Eastern District of

Pennsylvania and the District of New Jersey, or any other actions proceeding in any other

jurisdiction.

      SO ORDERED.

Date:   January 8, 2026
         New York, NY

_____
VALERIE CAPRONI
United States District Judge

2